

Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Carvana LLC

## Lien and Title Information

### Account Information

| | | | |
|---|---|---|---|
| Account Number | | Financed Date | 1/7/2020 |
| Loan Number | | Perfected Date | 1/7/2020 |
| Branch | | Payoff Date | |
| | | | |
| Borrower 1 | KENNETH L DICKERSON SR | Dealer ID | |
| Borrower 2 | | Dealer | |
| Borrower Address | 1867 JERMAIN DRIVE<br>COLUMBUS, OH 43219 | Dealer Address | |

### Lienholder

| | |
|---|---|
| ELT Lien ID | FDI1001454788036 |
| Lienholder | CARVANA LLC |
| Lienholder Address | P O BOX 29002<br>PHOENIX, AZ 85038 |
| Lien Release Date | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| VIN | KL4CJFSB6GB715112 | Issuance Date | |
| Title Number | 4303731266 | Received Date | 10/11/2019 |
| Title State | OH | ELT/Paper | ELECTRONIC |
| Year | 2016 | Odometer Reading | 7289 |
| Make | BUIC | Branding | |
| Model | | | |
| | | | |
| Owner 1 | KENNETH L DICKERSON SR | | |
| Owner 2 | | | |
| Owner Address | 1867 JERMAIN DRIVE<br>COLUMBUS, OH 43219 | | |

**Printed:** Tuesday, January 07, 2020 8:07:19 AM PST