# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# COLUMBUS DIVISION

| | |
|---|---|
| In Re: | Case No. 19-57687 |
| Kenneth Dickerson | Chapter 13 |
| Debtor | Judge Jeffery P. Hopkins |
| Kenneth Dickerson | Adversary Case No. 20-ap-02063 |
| Plaintiff | |
| vs. | |
| Carvana, LLC<br>Bridgecrest Financial<br>Defendants | |

## ANSWER OF CARVANA, LLC/BRIDGECREST FINANCIAL TO COMPLAINT TO AVOID PREFERENCE

Now comes Carvana, LLC/ Bridgecrest Financial ("Defendant"), by and through its counsel, and hereby denies each allegation set forth in Plaintiff's Complaint unless specifically admitted herein and further answers as follows:

1. Defendant admits the allegations contained in paragraph one (1) of Plaintiff's Complaint.
2. Defendant admits the allegations contained in paragraph two (2) of Plaintiff's Complaint.
3. Defendant admits the allegations contained in paragraph three (3) of Plaintiff's Complaint.
4. Defendant admits the allegations contained in paragraph four (4) of Plaintiff's Complaint.
5. Defendant admits the allegations contained in paragraph five (5) of Plaintiff's Complaint.
6. Defendant denies the allegations contained in paragraph six (6) of the Plaintiff's Complaint for want of sufficient knowledge.

7. Defendant admits the allegations contained in paragraph seven (7) of Plaintiff's Complaint.

8. Defendant denies the allegations contained in paragraph eight (8) of Plaintiff's Complaint.

9. Defendant denies the allegations contained in paragraph nine (9) of Plaintiff's Complaint.

10. Defendant denies the allegations contained in paragraph ten (10) of Plaintiff's Complaint.

11. Defendant denies the allegations contained in paragraph eleven (11) of Plaintiff's Complaint.

12. Defendant admits the allegations contained in paragraph twelve (12) of Plaintiff's Complaint.

13. Defendant denies the allegations contained in paragraph thirteen (13) of Plaintiff's Complaint.

14. Defendant denies the allegations contained in paragraph fourteen (14) of Plaintiff's Complaint.

WHEREFORE, Defendant respectfully prays this Court dismisses the Complaint with prejudice and for all other relief as is just and proper.

Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (0058394)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: Jon.Lieberman@sottileandbarile.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I certify that on September 8, 2020, a true and correct copy of this Answer was served:
Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    James Wiley Park, Debtor's Counsel
    jameswparkesq@gmail.com

    Faye D. English, Trustee
    notices@ch13columbus.com

    Office of the U.S. Trustee
    ustpregion09.cb.ecf@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

    Kenneth Dickerson, Debtor
    1867 Jermain Dr
    Columbus, OH 43219

    /s/ Jon J. Lieberman
    Jon J. Lieberman (0058394)
    Attorney for Creditor